## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| KIPLEY ROYDON MARKS,<br><br>Plaintiff,<br><br>v.<br><br>PNC BANK, N.A. and CITIBANK N.A.,<br><br>Defendants. | Case No. 1:24-cv-02145-JPC |

## PNC BANK, N.A.'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant PNC Bank, N.A. respectfully moves for an Order dismissing each claim asserted against it in Plaintiff's Complaint (ECF No. 1), with prejudice. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

Dated: February 18, 2025

*/s/ Thomas F. Burke*
John F. Marsh, Trial Attorney (0065345)
John P. Miller (0097161)
**Bailey Cavalieri LLC**
10 West Broad Street, Suite 2100
Columbus, Ohio  43215-3422
Telephone No. (614) 229-3230
Facsimile No. (614) 221-0479
Email:  jmarsh@baileycav.com
        jmiller@baileycav.com

Thomas F. Burke (*pro hac vice*)
burket@ballardspahr.com
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103
(215) 665-8500

*Counsel for PNC Bank, N.A.*